1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11  UNITED STATES OF AMERICA,              )   No. CR-11-00291 SBA
                                           )
12        Plaintiff,                       )   ORDER GRANTING STIPULATED
                                           )   REQUEST TO SET CHANGE OF PLEA
13     v.                                  )   AND SENTENCING ON NOVEMBER 30,
                                           )   2011 AND TO EXCLUDE TIME UNDER
14  TOM LEE CORDOVA, SR.,                  )   THE SPEEDY TRIAL ACT
                                           )
15        Defendant.                       )   Date:      October 4, 2011
                                           )   Time:      10:00 a.m.
16                                         )   Court:     Hon. Saundra Brown
                                           )              Armstrong
17  _____   )

18

19        The parties jointly requested that the October 4, 2011 status hearing as to Mr. Cordova be

20  vacated and that this matter be set for change of plea and sentencing on November 30, 2011 at

21  10:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act

22  between September 14, 2011 and November 30, 2011 to allow time for the Court to consider the

23  proposed plea agreement to be entered into by the defendant and the attorney for the

24  government, and to allow time for the preparation of a Presentence Investigation Report by the

25  United States Probation Office.  Defendant agreed that the Court may review the pre-plea

26  Presentence Investigation Report even though he has not yet pleaded guilty.  Good cause

27  appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

28

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON NOVEMBER 30, 2011 & TO EXCLUDE TIME
No. CR-11-00291 SBA

1    **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on

2  November 30, 2011 at 10:00 a.m., and that time between September 14, 2011 and November 30,

3  2011 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. §

4  3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by

5  the defendant and the attorney for the government.

6    **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a

7  Presentence Investigation Report.

8

9  DATED:_9/14/11

_Saundra B Armstrong_

10  HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON NOVEMBER 30, 2011 & TO EXCLUDE TIME
No. CR-11-00291 SBA