1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-00291 SBA |
|---|---|---|
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING TO DECEMBER 14, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| TOM LEE CORDOVA, SR., | ) ) | |
| Defendant. | ) ) ) ) ) | Date:     November 30, 2011<br>Time:     10:00 a.m.<br>Court:    Hon. Saundra Brown Armstrong |

The parties jointly requested that the change of plea and sentencing hearing in this matter set for November 30, 2011 be continued to December 14, 2011 at 10:00 a.m. The parties further requested that time be excluded pursuant to the Speedy Trial Act between October 5, 2011 and December 14, 2011 for (1) effective preparation of counsel, taking into account the exercise of due diligence, and (2) for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

The parties previously submitted a proposed plea agreement for the Court's consideration. Accordingly, in order to allow time for the Court to consider the proposed plea agreement and the Pre-Plea Presentence Investigation Report ("PSR"), the parties stipulated and agreed that the time between October 5, 2011 and December 14, 2011 should be excluded pursuant to the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for

STIP. REQ. TO CONTINUE CHANGE OF PLEA & SENTENCING
TO DECEMBER 14, 2011 & TO EXCLUDE TIME
No. CR-11-00291 SBA

1  consideration by the Court of a proposed plea agreement to be entered into by the defendant and
2  the attorney for the government. Defendant continues to agree that the Court may review the
3  PSR even though he has not yet pleaded guilty.
4      Additionally, in light of the parties' need to review and respond to the PSR, the parties
5  agreed the ends of justice served by granting the continuance outweigh the best interests of the
6  public and defendant in a speedy trial. Therefore, the parties further stipulated and requested
7  that the Court exclude time between October 5, 2011 and December 14, 2011 pursuant to the
8  Speedy Trial Act for effective preparation of counsel and pursuant to 18 U.S.C. §§
9  3161(h)(7)(A) and (B)(iv).
10      Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and
11  3161(h)(7)(A) and (B)(iv),
12  **IT IS HEREBY ORDERED** that this matter is continued to December 14, 2011 at 10:00
13  a.m. for change of plea and sentencing, and that time between October 5, 2011 and December
14  14, 2011 is excluded pursuant to the Speedy Trial Act, and specifically pursuant to (1) 18 U.S.C.
15  § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into
16  by the defendant and the attorney for the government, and (2) 18 U.S.C. §§ 3161(h)(7)(A) and
17  (B)(iv), for effective preparation of counsel.

19  DATED:_10/6/11                                    _____
20                                                    HON. SAUNDRA BROWN ARMSTRONG
                                                      United States District Court Judge

STIP. REQ. TO CONTINUE CHANGE OF PLEA & SENTENCING
TO DECEMBER 14, 2011 & TO EXCLUDE TIME
No. CR-11-00291 SBA