EDWIN PRATHER, SBN 190536
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
TOM LEE CORDOVA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOM LEE CORDOVA,<br><br>Defendant. | Case No.: CR 11-0291 SBA<br><br>STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING TO MARCH 5, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER |

The above-captioned matter is set on February 8, 2012 before this Court for change of plea and sentencing. The parties have previously submitted the proposed plea agreement to the Court as well as sentencing memoranda.

The Court reset defendant Cordova's Change of Plea and Sentencing Hearing *sua sponte* from the previous date to February 8, 2012. Defendant Cordova's family members are unable to attend due to an inability to make arrangements in the shortened time frame. Multiple members of defendant Cordova's family had planned on attending the Change of Plea and Sentencing Hearing on its previous date. Defense counsel also requires this additional

STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING TO MARCH 5, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [PROPOSED] ORDER [CASE NO. CR 11-0291 SBA]

1

time to prepare defendant Cordova for the upcoming hearing.  Defendant Cordova requests, and the government stipulates, that defendant Cordova's Change of Plea and Sentencing Hearing be continued to March 5, 2012.

The parties, therefore, request that this Court continue this matter to March 5, 2012, at 10:00 a.m. for change of plea and sentencing, and that the Court exclude time pursuant to the Speedy Trial Act between February 8, 2012 and March 5, 2012 for (1) effective preparation of counsel, taking into account the exercise of due diligence, and (2) for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

Accordingly, in order to allow time for the Court to consider the proposed plea agreement and the PSR, the parties stipulate and agree that the time between February 8, 2012 and March 5, 2012 should be excluded pursuant to the Speedy Trial Act, and specifically pursuant to 19 U.S.C. § 3161 (h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered by the defendant and the attorney for the government.  Defendant continues to agree that the Court may review the PSR even though he has not yet pleaded guilty.

Additionally, in light of the parties' need to further review the PSR and prepare for sentencing, the parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulate and request that the Court exclude time between February 8, 2012 and March 5, 2012 pursuant to the Speedy Trial Act for the effective preparation of counsel and pursuant to 18 U.S.C. 3161 (h)(7)(A) and (B)(iv).

DATED: February 7, 2012

STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING
TO MARCH 5, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL
ACT AND [PROPOSED] ORDER [CASE NO. CR 11-0291 SBA]

2

_____/s/_____     _____/s/_____
JAMES C. MANN                              EDWIN K. PRATHER
Assistant United States Attorney           Counsel for Tom Lee Cordova, Sr.

**ORDER**

The parties jointly requested that the change of plea and sentencing hearing in this matter set for February 8, 2012 be continued to March 5, 2012 at 10:00 a.m.  The parties further requested that time be excluded pursuant to the Speedy Trial Act between February 8, 2012 and March 5, 2011 for: (1) effective preparation of counsel, taking into account the exercise of due diligence; and (2) for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

The parties previously submitted a proposed plea agreement for the Court's consideration.  Accordingly, in order to allow time for the Court to consider the proposed plea agreement and the Pre-Plea Presentence Investigation Report ("PSR"), the parties stipulated and agreed that the time between February 8, 2012 and March 5, 2012 should be excluded pursuant to the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(l)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.  Defendant continues to agree that the Court may review the PSR even though he has not yet pleaded guilty.

Additionally, in light of the parties' need to further review the PSR and prepare for the sentencing hearing, the parties agreed the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulated and requested that the Court exclude time between February 8, 2012 and

STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING
TO MARCH 5, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL
ACT AND [PROPOSED] ORDER [CASE NO. CR 11-0291 SBA]

3

March 5, 2012 pursuant to the Speedy Trial Act for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161 (H)(7)(A) and (B)(iv).

Good cause appearing therefore, and pursuant to 18 U.S.C. §§ 3161(h)(l)(G) and 3161 (h)(7)(A) and (B)(iv),

IT IS HEREBY ORDERED that this matter is continued to March 5, 2012 at 10:00 a.m. for change of plea and sentencing, and that time between February 8, 2012 and March 5, 2012 is excluded pursuant to the Speedy Trial Act, and specifically pursuant to: (1) 18 U.S.C. § 3161 (h)(l)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government; and (2) 18 U.S.C. §§ 3161 (H)(7)(A) and (B)(iv), for effective preparation of counsel.

2/8/12

_____
HON. SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT JUDGE

STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING
TO MARCH 5, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL
ACT AND [PROPOSED] ORDER [CASE NO. CR 11-0291 SBA]

4