1  EDWIN PRATHER, SBN 190536
   PRATHER LAW OFFICES
2  461 Bush Street, Suite 350
   San Francisco, CA 94108
3  Telephone:  (415) 881-7774
   Email: edwin@pratherlawoffices.com
4  
   Attorney for Defendant
5  TOM L. CORDOVA

6  

7  

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **OAKLAND DIVISION**

11 

12 UNITED STATES OF AMERICA,           Case No.:  CR 11-0291-5 SBA

13           Plaintiff,                **ORDER**

14      v.

15 TOM L. CORDOVA,

16           Defendant.

17 

PROPOSED ORDER [Case No.: CR 10-0291 SBA]

1

**[PROPOSED] ORDER**

1  
2   GOOD CAUSE APPEARING, the Court hereby GRANTS defendant Cordova's
3  Administrative Motion to File Documents Under Seal.  Defendant Cordova's Amended
4  Sentencing Memorandum and Motion for Downward Departure, as well as this Motion
5  and declaration, previously lodged with the Court, shall be filed under seal.
6   IT IS SO ORDERED.
7  Dated: March 2, 2012
8
9  _____
   SAUNDRA BROWN ARMSTRONG
10  U.S. DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25